UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 3:09-00047
) JUDGE CAMPBELL
ADRIAN DEWAYNE PATTERSON, et al. )

ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE