IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:09-cr-00047-2 |
| v. | ) | Judge Crenshaw |
| | ) | |
| | ) | |
| JOHN MONZELL BANKS | ) | |

## MOTION TO WITHDRAW MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)

On December 12, 2024, President Biden granted a commutation of sentence to John Monzell Banks. (Exhibit 1, Clemency Recipient List.) This grant ends his term of home confinement under the CARES Act and extinguishes the basis for the motion filed at D.E. 661. For these reasons, he now moves to withdraw his motion for a sentence reduction.

Respectfully submitted,

/s/ *Molly Rose Green*
MOLLY ROSE GREEN
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: molly_green@fd.org

Attorney for John Monzell Banks

## CERTIFICATE OF SERVICE

   I hereby certify that on December 12, 2024, I electronically filed the foregoing *Motion to Withdraw Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Nicholas J. Goldin, Juliet Aldridge, and Rascoe S. Dean, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, TN 37203.

            /s/ *Molly Rose Green*
            MOLLY ROSE GREEN